**Nanang SOLIKHIN, Petitioner,**

v.

**Michael B. MUKASEY, Attorney General, Respondent.**

No. 05–73971.

United States Court of Appeals, Ninth Circuit.

Filed Nov. 4, 2009.

Kathleen Siok–Sien Koh, Esquire, Law Office of Kathleen S. Koh, Whittier, CA, for Petitioner.

District Counsel Phoenix, Esquire, Office of the District Director, U.S. Department of Homeland Security, Phoenix, AZ, Kathleen V. Gunning, Esquire, Counsel, Federal Deposit Insurance Corporation, Arlington, VA, Ronald E. LeFevre, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, OIL, U.S. Department of Justice, Civil Division/Office of Immigration Litigation, Washington, DC, for Respondent.

■

Before: TROTT and THOMAS, Circuit Judges, and HOGAN,* District Judge.

Petitioner's motion for voluntary dismissal is hereby granted. A certified copy of this order shall constitute the mandate of this court.